# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS AXL DAHL,<br><br>Defendant. | Case No. CR 25-57-GF-BMM<br><br>**ORDER** |

Defendant, Douglas Axl Dahl, having filed an Unopposed Motion to Appear via Video (Zoom) for Motion Hearing;

IT IS HEREBY ORDERED the Defendant, Douglas Axl Dahl may appear via video using Zoom for the Motion Hearing currently scheduled for Thursday, December 4, 2025, at 2:30 p.m. Defense counsel will contact the Clerk of Court's Office for the Zoom link.

DATED this 24th day of November, 2025.

*[signature: Brian Morris]*

Brian Morris, Chief District Judge
United States District Courts

1