# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 25-57-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DOUGLAS AXL DAHL, | |
| Defendant. | |

Defendant, Douglas Axl Dahl, having filed an Unopposed Motion to Appear via Video (Zoom) for Change of Plea Hearing; IT IS HEREBY ORDERED the Defendant, Douglas Axl Dahl may appear via video using Zoom for the Change of Plea Hearing currently scheduled for Tuesday, January 6, 2026, at 11:00 a.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 22nd day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1